IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| REX NORMAN HALL, SR., | |
| Plaintiff, | 8:24-CV-266 |
| vs. | ORDER |
| BURLINGTON NORTHERN RAILROAD and CASS COUNTY NEBRASKA, | |
| Defendants. | |

Based on the appearance of the Smith, Pauley Law firm as counsel for BNSF Railway Company, and the standing conflict lists for magistrate judges in this district,

IT IS ORDERED:

1. The motion to permit Nichole S. Bogen to withdraw as counsel (filing 15) is granted.

2. The Clerk of the Court is directed to remove Magistrate Judge DeLuca as the referral judge in this case.

3. A replacement referral judge will not be assigned at this time.

Dated this 28th day of August, 2024.

BY THE COURT:

John M. Gerrard
Senior United States District Judge