IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| REX NORMAN HALL, SR., <br><br> Plaintiff, <br><br> vs. <br><br> BURLINGTON NORTHERN RAILROAD, <br><br> Defendant. | 8:24-CV-266 <br><br> ORDER |

The plaintiff has filed a "Motion: To Set aside Required Value Fed. R. Civ. P. 26(a)(1)" (filing 31). That motion will be denied. This case cannot proceed in federal court unless the value of the disputed property is greater than $75,000. *See* 28 U.S.C. § 1331(a). That requirement can never be waived or set aside. *Wagstaff v. Cartmell, LLP v. Lewis*, 40 F.4th 830, 838 (8th Cir. 2022). Accordingly,

IT IS ORDERED that the plaintiff's motion to set aside required value (filing 31) is denied.

Dated this 19th day of February, 2025.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge