IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| REX NORMAN HALL, SR., | |
| Plaintiff, | 8:24-CV-266 |
| vs. | |
| BURLINGTON NORTHERN RAILROAD and CASS COUNTY NEBRASKA, | ORDER |
| Defendants. | |

IT IS ORDERED that for the reasons stated in filing 37, the plaintiff's objection (filing 38) is overruled.

Dated this 3rd day of March, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge