IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| REX NORMAN HALL, SR., <br><br>      Plaintiff, <br><br> vs. <br><br> BURLINGTON NORTHERN RAILROAD, <br><br>      Defendant. | 8:24-CV-266 <br><br> ORDER |

This matter is before the Court on the plaintiff's objection (filing 45) to the Magistrate Judge's memorandum and order (filing 41) denying his "Motion for Investigation" (filing 33) of alleged property damage. A district court may reconsider a magistrate judge's ruling on nondispositive pretrial matters only where it has been shown that the ruling is clearly erroneous or contrary to law. *See* 28 U.S.C. § 636(b)(1)(A); *Ferguson v. United States*, 484 F.3d 1068, 1076 (8th Cir. 2007). The Magistrate Judge's order here was neither. Accordingly,

IT IS ORDERED that the plaintiff's objection (filing 45) is overruled.

Dated this 14th day of March, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge